IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10052-STA |
| BRYNDARIOUS MARKEASE FUTRELL, | * | |
| Defendant. | * | |

---

### ORDER SETTING CHANGE OF PLEA HEARING AND NOTICE OF SETTING

---

Upon Motion of the Defendant herein and for good cause shown, this matter is here by SET FOR A CHANGE OF PLEA HEARING on **Tuesday, September 19, 2017 at 9:30 a.m.**

IT IS SO ORDERED, this the 28th day of August, 2017.

                                                s/S. Thomas Anderson
                                                HONORABLE S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE