**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10052-2-STA |
| BRYNDARIOUS MARKEASE FUTRELL, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on September 19, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Bryndarious Markease Futrell, appearing in person, and with counsel, Christina Wimbley.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 4 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 19, 2017 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of September, 2017.

                                                s/ S. Thomas Anderson
                                           CHIEF JUDGE, U. S. DISTRICT COURT